THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SADIE ROTHENBERG, Appellant.

*Appeal — failure to prosecute.*

*People* v. *Rothenberg*, 193 App. Div. 897, appeal dismissed.
(Submitted June 6, 1921; decided June 10, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered July 9, 1920, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of bribery.

The motion was made upon the ground of failure to prosecute the appeal.

*Edward Swann, District Attorney*, for motion.

No one opposed.

Motion granted and appeal dismissed.